UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:

ALPHONS N. OKORO
Debtor

Case No.: 18-19823 JKS

Chapter: 13

Hearing Date: _____

Judge: John K. Sherwood

## NOTICE OF OBJECTION TO YOUR CLAIM

To: MTGLQ Investors, LP [Claim Holder and Counsel, if any]
Selene Finance, LP, Laura M. Egerman, ESQ.

The debtor [Objector] has filed the enclosed objection to claim #2 [Title of Objection] (Docket No. [____]) which seeks to alter your rights by reducing, disallowing or modifying your claim

[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before February 7, 2019.

At the same time, you must also serve a copy of the response upon the February 7, 2019 [Objector's] attorney: [Address of objector's counsel]

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable John K. Sherwood on February 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, Courtroom no. 3rd floor.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

new.11/4/16