UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:

ALPHONS N. OKORO
Debtor

Case No.: 18-19823 JKS

Chapter: 13

Hearing Date: _____

Judge: John K. Sherwood

## NOTICE OF OBJECTION TO YOUR CLAIM

To: MTGLQ Investors, LP [Claim Holder and Counsel, if any]
Selene Finance, LP, Laura M. Egerman, ESQ,

The debtor _____ [Objector] has filed the enclosed objection to claim #2 _____ [Title of Objection] (Docket No. [____]) which seeks to alter your rights by reducing, disallowing or modifying your claim _____

[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before February 7, 2019.

At the same time, you must also serve a copy of the response upon the February 7, 2019 [Objector's] attorney: [Address of objector's counsel] PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable John K. Sherwood on February 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102
Courtroom no. 3rd floor

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

new.11/4/16

**UNITED STATES BANKRUPCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**PAUL GAUER ATTORNEY**
347 Franklin Street
Bloomfield, NJ 07003
(973) 743-7050 Fax: (973)-743-9173
Attorney for debtor (s) Alphonse N. Okoro

Case No: 18-19823JKS

Chapter 13

**OBJECTION TO CLAIM #2**

In Re:

**ALPHONSE N. OKORO**
Debtor

## OBJECTION TO CLAIM #2

Paul Gauer, Attorney for debtor objects to claim #2 filed by MTGLQ Investors, LP/Selene Finance, LP on July 24, 2018 for the following reasons:
1. Terms of Note (paragraph 4C) and mortgage (paragraph2) provide for payment of real estate taxes through mortgage escrow account. Copies of these documents are attached to claim#2.
2. Township of Bloomfield filed claim#4 for $50092.00 unpaid by mortgage.

**WHEREFORE**, debtor through his/her attorney Paul Gauer respectfully requests that creditor's claim be reduced by $50092.00

Paul Gauer, Attorney for debtor