Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19823−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alphons N Okoro
   11 Pilgrim Court
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−2164

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 3, 2019.

On 12/8/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date: January 9, 2020
Time: 08:30 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 10, 2019
JAN: lc

                                                Jeanne Naughton
                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 18-19823-JKS
Alphons N Okoro                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1         Date Rcvd: Dec 10, 2019
                            Form ID: 185          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
```
db             +Alphons N Okoro,    11 Pilgrim Court,    Bloomfield, NJ 07003-3835
cr             +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                 Boca Raton, FL 33487-2853
cr             +Marinosci & Baxter,    14643 Dallas Parkway Ste 750,    Dallas, TX 75254-8884
cr             +Selene Finance LP, servicer for Wilmington Savings,    9990 Richmond Avenue,    Suite 440 South,
                 Houston, TX 77042-4559
517530146      +Christiana Trust Div,    Wilmington Savings,    Udren Law Offices,    111 Woodcrest Rd. Ste 200,
                 Cherry Hill NJ 08003-3620
517679322      +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517530150       Linda N. Okoro,    11 N. Okoro,    Bloomfield, NJ 07003
517660572       MTGLQ INVESTORS, L.P.,    Selene Finance, LP,    9990 Richmod Ave,    Suite 400,
                 South Houston TX 77242
517653189      +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
517530147      +Macys,    Po Box 8053,    Mason, OH 45040-8053
517530148      +NY State Higher Education Services Corp,    99 Washington Ave,    Albany, NY 12255-0002
517773641      +Township of Bloomfield,    1 Municipal Plaza,    Bloomfield NJ 07003-3470
517826584       US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 23:42:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 23:42:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517657744       E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2019 23:42:40
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517530149      +E-mail/PDF: pa_dc_claims@navient.com Dec 10 2019 23:40:59     Navient,   Po Box 9500,
                 Wilkes Barre PA 18773-9500
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor   MTGLQ Investors, LP bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Paul Gauer    on behalf of Debtor Alphons N Okoro gauerlaw@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   Selene Finance LP, servicer for Wilmington Savings
           Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series
           2016-2 dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```