| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Alphons N Okoro <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2164 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–19823–JKS | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alphons N Okoro

<u>1/11/21</u>                                                **By the court:** <u>John K. Sherwood</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-19823-JKS
Alphons N Okoro                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                        Page 1 of 2
Date Rcvd: Jan 11, 2021                 Form ID: 3180W                                     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alphons N Okoro, 11 Pilgrim Court, Bloomfield, NJ 07003-3835 |
| cr | + | MTGLQ Investors, LP, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| cr | + | Marinosci & Baxter, 14643 Dallas Parkway Ste 750, Dallas, TX 75254-8884 |
| cr | + | Selene Finance LP, servicer for Wilmington Savings, 9990 Richmond Avenue, Suite 440 South, Houston, TX 77042-4559 |
| 517530146 | + | Christiana Trust Div, Wilmington Savings, Udren Law Offices, 111 Woodcrest Rd. Ste 200, Cherry Hill NJ 08003-3620 |
| 517530147 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Po Box 8053, Mason, OH 45040 |
| 517530150 | | Linda N. Okoro, 11 N. Okoro, Bloomfield, NJ 07003 |
| 517660572 | | MTGLQ INVESTORS, L.P., Selene Finance, LP, 9990 Richmond Ave, Suite 400, South Houston TX 77242 |
| 517653189 | + | MTGLQ Investors, LP, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517530148 | + | NY State Higher Education Services Corp, 99 Washington Ave, Albany, NY 12255-0002 |
| 517773641 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield NJ 07003-3470 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517657744 | | EDI: Q3G.COM | Jan 12 2021 02:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517679322 | + | EDI: ECMC.COM | Jan 12 2021 02:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517530149 | + | EDI: NAVIENTFKASMSERV.COM | Jan 12 2021 02:03:00 | Navient, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 517826584 | | EDI: ECMC.COM | Jan 12 2021 02:03:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 18-19823-JKS    Doc 84    Filed 01/13/21    Entered 01/14/21 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: 3180W | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

**Name**               **Email Address**

Denise E. Carlon
                       on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                       on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
                       on behalf of Creditor MTGLQ Investors  LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
                       magecf@magtrustee.com

Paul Gauer
                       on behalf of Debtor Alphons N Okoro gauerlaw@aol.com

Rebecca Ann Solarz
                       on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com

Robert P. Saltzman
                       on behalf of Creditor Selene Finance LP  servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2016-2 dnj@pbslaw.org

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8